## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

PetSmart, Inc. through Indemnity : 
Insurance Company of North America and : 
Sedgwick Claims Management : 
Services, Inc., : 
                   Petitioners : 
                       : 
             v. : 
                       : 
Workers' Compensation Appeal : 
Board (Sauter), :       No. 85 C.D. 2019
                Respondent : 

## O R D E R

AND NOW, this 30th day of October, 2019 it is ORDERED that the above-captioned opinion filed August 15, 2019, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.

                    _____

                    ANNE E. COVEY, Judge